DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

T.J.,

Appellant,

v.

STATE OF FLORIDA,

Appellee,

No. 2D22-2118

_____

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Lawrence M.
Lefler, Judge.

Howard L. Dimmig, II, Public Defender, and Caroline Joan S. Picart,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-
Pimiento, Assistant Attorney General, Tampa, for Appellee.

SLEET, Chief Judge.

T.J. challenges the trial court's juvenile disposition order in which
the court found him guilty of committing the delinquent acts of minor in
possession of a firearm (count one) and resisting arrest without violence
(count two). T.J. argues, and the State concedes, that the trial court
erred in imposing a $65 fee under section 939.185, Florida Statutes

(2022), without a citation to a county ordinance.  We affirm the disposition order in all respects; however, we remand to the trial court for the limited purpose of correcting the order assessing fines and costs to reflect the applicable county ordinance.  *See Summers v. State*, 276 So. 3d 1012, 1013 (Fla. 2d DCA 2019); *see also Dibelka v. State*, 326 So. 3d 835, 837-38 (Fla. 2d DCA 2021).

Affirmed and remanded with instructions.

VILLANTI and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.